

NUMBER 13-20-00207-CR

# COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

MELISA ANN ZAMORA,                                                   Appellant,

v.

THE STATE OF TEXAS,                                                   Appellee.

**On appeal from the 105th District Court
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Chief Justice Contreras**

Counsel for appellant filed a motion to dismiss this appeal. Appellant signed both the motion. We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). Without passing on the merits of the case, we GRANT the motion to dismiss and DISMISS the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
3rd day of December, 2020.